Date: 07/14/10        DIVIDENDS REMITTED TO THE COURT                    Page:
                      Check Number 110 Dated 07/14/10          #150596
                      Case Number 09-21751 - OSKO, MARK ALAN

|  Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| St John West Shore Hosp<br>PO Box 951204<br>Cleveland OH 44193-0011 | 000009 | 50.00 | 3.85  #110 |
| ---------- Remittance Total ---------- |  | 50.00 | 3.85 |

DAVID O. SIMON, TRUSTEE